No. 01–5116. Alfaro Solorzano *v.* United States; Alvarado-Rojas *v.* United States; Arreola-Garcia *v.* United States; Garibay-Jimenez *v.* United States; and Silveyra-Munoz *v.* United States. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 705.

No. 01–5117. Smith *v.* Massie, Warden. C. A. 10th Cir. Certiorari denied.

No. 01–5118. Abundis-Quesada *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 01–5120. James *v.* Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–5121. Powell *v.* Alabama. Sup. Ct. Ala. Certiorari denied.

No. 01–5123. Hung Hoa Nguyen *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–5124. Lightfoot *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 01–5125. Warren *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 01–5126. Garcia Lizama *v.* United States Parole Commission. C. A. 5th Cir. Certiorari denied.

No. 01–5128. Madrid *v.* Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 01–5129. Garcia-Moreno *v.* United States; Solis-Campos *v.* United States; Morales-Gaxiola, aka Morales *v.* United States; Vasquez-Alvarado *v.* United States; and Reyna-Martinez *v.* United States. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 704 (first judgment) and 705 (second through fifth judgments).

No. 01–5130. Reyes-Macias *v.* United States. C. A. 9th Cir. Certiorari denied.